| PROB 22<br>(Rev. 2/88)<br><br>## TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>1:08CR18 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>George Billingslea<br>646 57th St.<br>West Palm Beach, FL 33407 | DISTRICT<br><br>Florida Northern | DIVISION<br><br>Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Kenneth L. Ryshamp<br>United States District Judge | |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>02/20/2007 | TO<br>12/19/2012 |
|---|---|---|

OFFENSE

Armed Bank Robbery, in violation of 18 U.S.C.2113(a) and (d).

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| March 22, 2011 | Maurice M Cause |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 4/18/11 | Kenneth L. Ryshamp |
|---|---|
| Effective Date | United States District Judge |